1    MELINDA HAAG (CABN 132612)
     United States Attorney
2
     DAVID R. CALLAWAY (CABN 121782)
3    Chief, Criminal Division

4    LLOYD FARNHAM (CABN 202231)
     Assistant United States Attorney
5
           450 Golden Gate Avenue, Box 36055
6          San Francisco, California 94102-3495
           Telephone: (415) 436-6973
7          Facsimile: (415) 436-7027
           lloyd.farnham@usdoj.gov
8
     Attorneys for United States of America
9

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
     UNITED STATES OF AMERICA,            )   CASE NO. 3:15-CR-0301 WHA
14                                        )
               Plaintiff,                 )
15                                        )   **STIPULATION AND [PROPOSED] ORDER**
          v.                              )   **EXCLUDING TIME UNDER THE**
16                                        )   **SPEEDY TRIAL ACT FROM JULY 14, 2015 TO**
     ABDULKARIM HASSAN ABDI,              )   **AUGUST 11, 2015**
17                                        )
               Defendant.                 )
18                                        )
                                          )
19   _____ )

20

21

22

23         On July 14, 2015, defendant Abdulkarim Hassan Abdi made his first appearance before this

24   Court.  At the hearing, the Court directed the parties to appear on August 11, 2015, for a further status

25   conference.  The parties agree that the defendant's counsel requires additional time to review discovery

26   provided by the government on June 12 and July 14, and that the additional time is necessary for

27   effective preparation.  Therefore, the parties agree and jointly request that the time between July 14,

28   2015 and August 11, 2015 should be excluded in order to ensure reasonable time necessary for the

STIPULATION AND PROPOSED ORDER
CASE NO. 3:15-CR-0301 WHA

effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: July 15, 2015                         Respectfully Submitted,

                                             MELINDA HAAG
                                             United States Attorney

                                              /s/ Lloyd Farnham
                                             LLOYD FARNHAM
                                             Assistant United States Attorney


                                             OFFICE OF THE FEDERAL
                                             PUBLIC DEFENDER

                                              /s/ Jodi Linker
                                             JODI LINKER
                                             Attorney for Defendant Abdulkarim Hassan Abdi


                              **[PROPOSED] ORDER**

        For the reasons stated above, the Court finds that the exclusion of time from July 14, 2015, through and including August 11, 2015, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

        IT IS SO ORDERED.


DATED:  __July 17, 2015.__              _____
                                        HON. WILLIAM ALSUP
                                        United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-CR-0301 WHA