1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7027
        lloyd.farnham@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CASE NO. 3:15-CR-0301 WHA
14                                      )
         Plaintiff,                     )
15                                      )  **STIPULATION AND [PROPOSED] ORDER
      v.                                )  EXCLUDING TIME UNDER THE
16                                      )  SPEEDY TRIAL ACT FROM AUGUST 11, 2015
   ABDULKARIM HASSAN ABDI,              )  TO SEPTEMBER 8, 2015**
17                                      )
         Defendant.                     )
18                                      )
                                        )
19

20

21

22

23       On August 11, 2015, defendant Abdulkarim Hassan Abdi made his second appearance before

24  this Court. At the hearing, the Court directed the parties to appear on September 8, 2015, for a further

25  status conference, change or plea, or trial setting. The parties agree that the defendant's counsel requires

26  additional time to review discovery provided by the government and to prepare and discuss the case with

27  the assistance of a Somali interpreter, and that the additional time is necessary for effective preparation.

28  Therefore, the parties agree and jointly request that the time between August 11, 2015 and September 8,

STIPULATION AND PROPOSED ORDER
CASE NO. 3:15-CR-0301 WHA

2015 should be excluded in order to ensure reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: August 11, 2015                         Respectfully Submitted,

                                               MELINDA HAAG
                                               United States Attorney

                                                /s/ Lloyd Farnham
                                               LLOYD FARNHAM
                                               Assistant United States Attorney


                                               OFFICE OF THE FEDERAL
                                               PUBLIC DEFENDER

                                                /s/ Jodi Linker
                                               JODI LINKER
                                               Attorney for Defendant Abdulkarim Hassan Abdi


## [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from August 11, 2015, through and including September 8, 2015, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: August 13, 2015.                        _____
                                               HON. WILLIAM ALSUP
                                               United States District Court Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-CR-0301 WHA