STEVEN G. KALAR
Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:     415.436.7706
Jodi_Linker@fd.org

Counsel for Defendant ABDI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 15-301 WHA |
|---|---|
| Plaintiff, | STIPULATION & [PROPOSED] ORDER TO CONTINUE |
| v. | |
| ABDULKARIM HASSAN ABDI, | |
| Defendant. | |

The parties are jointly requesting that the status conference presently set for Tuesday, September 8, 2015 at 2:00 p.m. be continued to Tuesday, October 6, 2015 at 2:00 p.m.

As defense counsel informed the Court at the last appearance, it has become apparent that the defendant requires the assistance of a Somali language interpreter. Unfortunately, there are no local Somali interpreters, so meetings with counsel must be conducted with an interpreter appearing by phone. At this time, defense counsel and the defendant have not had sufficient time to finish a thorough review of the discovery and consider the government's plea offer. Additionally, defense counsel will be going out on maternity leave shortly, and new counsel will be assigned to the case. As such, the parties believe it will be most efficient for the parties and the Court to have the next appearance when it is clear who new counsel will be in the case.

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to exclude the time from September 8, 2015 to October 6, 2015 from computation under the Speedy Trial Act, and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation of counsel taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv). The parties further agree that the ends of justice would be served by excluding the time from September 8, 2015 to October 6, 2015 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

September 2, 2015        _____/s/_____
DATED                    LLOYD FARNHAM
                         Assistant United States Attorney

September 2, 2015        _____/s/_____
DATED                    JODI LINKER
                         Assistant Federal Public Defender

IT IS SO ORDERED.

September 2, 2015.       _____
DATED                    WILLIAM H. ALSUP
                         United States District Judge

*US v. Abdi,* Case No. 15-301 WHA;
STIP & [PROPOSED] ORDER TO CONTINUE        2