1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7027
        lloyd.farnham@usdoj.gov
8
   Attorneys for United States of America
9

10                           UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            ) CASE NO. 3:15-CR-0301 WHA
14                                      )
           Plaintiff,                   )
15                                      ) **STIPULATION AND [PROPOSED] ORDER
      v.                                ) EXCLUDING TIME UNDER THE
16                                      ) SPEEDY TRIAL ACT FROM OCTOBER 6, 2015
   ABDULKARIM HASSAN ABDI,              ) TO OCTOBER 20, 2015**
17                                      )
           Defendant.                   )
18                                      )
                                        )
19

20

21

22      On October 6, 2015, defendant Abdulkarim Hassan Abdi appeared before this Court.  At the

23 hearing, the Court directed the parties to appear on October 20, 2015, for a further status conference,

24 change or plea, or trial setting.  Based on the substitution of new counsel for the defense, the parties

25 agree that the defendant's counsel requires additional time to review discovery provided by the

26 government and to prepare and discuss the case with the assistance of a Somali interpreter, and that the

27 additional time is necessary for effective preparation.  Therefore, the parties agree and jointly request

28 that the time between October 6, 2015 and October 20, 2015 should be excluded in order to provide

continuity of counsel and to ensure reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 6, 2015

Respectfully Submitted,

BRIAN J. STRETCH
Acting United States Attorney

 /s/ Lloyd Farnham
LLOYD FARNHAM
Assistant United States Attorney


OFFICE OF THE FEDERAL
PUBLIC DEFENDER

 /s/ Ellen Leonida
ELLEN LEONIDA
Attorney for Defendant Abdulkarim Hassan Abdi

### [PROPOSED] ORDER

For the reasons stated above, the Court finds that the exclusion of time from October 6, 2015, through and including October 20, 2015, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED:  October 19, 2015.

HON. WILLIAM ALSUP
United States District Court Judge