1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6973
7       Facsimile: (415) 436-7027
        lloyd.farnham@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,        )   CASE NO. 3:15-CR-0301 WHA
14                                   )
              Plaintiff,             )
15                                   )   **STIPULATION AND [~~PROPOSED~~] ORDER**
        v.                           )   **EXCLUDING TIME UNDER THE**
16                                   )   **SPEEDY TRIAL ACT FROM OCTOBER 20,**
   ABDULKARIM HASSAN ABDI,           )   **2015 TO NOVEMBER 10, 2015**
17                                   )
              Defendant.             )
18                                   )
                                     )
19 _____ )

20

21

22          On October 20, 2015, defendant Abdulkarim Hassan Abdi appeared before this Court.  At the

23  hearing, the Court directed the parties to appear on November 10, 2015, for a further status conference,

24  change or plea, or trial setting.  The parties agree that the defendant's counsel requires additional time to

25  investigate and advise the defendant regarding the immigration consequences related to this case, to

26  review discovery provided by the government, and to prepare and discuss the case with the defendant

27  with the assistance of a Somali interpreter, and the parties agree that the additional time is necessary for

28  effective preparation.  Therefore, the parties agree and jointly request that the time between October 20,

STIPULATION AND ~~PROPOSED~~ ORDER
CASE NO. 3:15-CR-0301 WHA

2015 and November 10, 2015 should be excluded in order to ensure reasonable time necessary for the effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties agree that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

DATED: October 20, 2015                    Respectfully Submitted,

                                           BRIAN J. STRETCH
                                           Acting United States Attorney

                                            /s/ Lloyd Farnham_____
                                           LLOYD FARNHAM
                                           Assistant United States Attorney


                                           OFFICE OF THE FEDERAL
                                           PUBLIC DEFENDER

                                            /s/ Ellen Leonida_____
                                           ELLEN LEONIDA
                                           Attorney for Defendant Abdulkarim Hassan Abdi


### [~~PROPOSED~~] ORDER

For the reasons stated above, the Court finds that the exclusion of time from October 20, 2015, through and including November 10, 2015, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO ORDERED.


DATED:  _October 26, 2015._____        _____
                                          HON. WILLIAM ALSUP
                                          United States District Court Judge