STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
ABDULKARIM HASSAN ABDI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 15-301 WHA |
|---|---|
| PLAINTIFF, | STIPULATION TO CONTINUANCE OF SENTENCING; [~~PROPOSED~~] ORDER |
| v. | |
| ABDULKARIM HASAN ABDI, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled sentencing date of February 23, 2016, at 2:00 p.m., be vacated and that sentencing be re-set for April 12, 2016 at 2:00 p.m.

The requested continuance is necessary because probation was unable to interview Mr. Abdi in time to disclose the draft presentence report on schedule. Mr. Abdi's attorney is scheduled to be in trial from February 16, 2016 through March 19, 2016 and again from April 4, 2016 through April 7, 2016. Consequently the parties jointly request that sentencing be continued to April 12, 2016.

CR 15-301
Stip. to Cont. of Sent.; [~~Proposed~~] Order

1

DATED: January 21, 2016  /S/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for Defendant

DATED: January 21, 2016  /S/
LLOYD FARNHAM
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to April 12, 2016 at 2:00 p.m., for sentencing.

IT IS SO ORDERED.

DATED:  January 22, 2016.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

CR 15-301
Stip. to Cont. of Sent.; [Proposed] Order