STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
ABDULKARIM HASSAN ABDI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-301 WHA |
| PLAINTIFF, | STIPULATION татар TO CONTINUANCE OF SENTENCING; [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER |
| v. | |
| ABDULKARIM HASAN ABDI, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled sentencing date of April 12, 2016, at 2:00 p.m., be vacated and that sentencing be re-set for May 31, 2016 at 2:00 p.m.

The requested continuance is necessary because probation was unable to interview Mr. Abdi in time to disclose the draft presentence report when it was due. Probation had scheduled an interview with Mr. Abdi but had to cancel it as a result of issues that arose with the Somali interpreter they had hired. Probation informed the parties that they require more time to obtain an interpreter. Consequently the parties jointly request that sentencing be continued to May 31, 2016.

CR 15-301
Stip. to Cont. of Sent.; [P̶r̶o̶p̶o̶s̶e̶d̶] Order

1

DATED: March 21, 2016

/S/
ELLEN V. LEONIDA
Assistant Federal Public Defender
Counsel for Defendant

DATED: March 21, 2016

/S/
LLOYD FARNHAM
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to May 31, 2016 at 2:00 p.m., for sentencing.

IT IS SO ORDERED.

DATED:  March 22, 2016.

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

CR 15-301
Stip. to Cont. of Sent.; [Proposed] Order

2