STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
450 Golden Gate Avenue, 19th floor
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: ellen_leonida@fd.org

Counsel for Defendant
ABDULKARIM HASSAN ABDI

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CR 15-301 WHA |
|---|---|
| PLAINTIFF, | STIPULATION TO CONTINUANCE OF SENTENCING; [PROPOSED] ORDER |
| v. | |
| ABDULKARIM HASAN ABDI, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled sentencing date of May 31, 2016, at 2:00 p.m., be vacated and that sentencing be re-set for July 19, 2016 at 2:00 p.m.

The requested continuance is necessary defense counsel will be out of state attending two conferences between May 31, 2016 and June 12, 2016. Thereafter, the assigned probation officer is unavailable until July 12, 2016. Both parties and United States Probation are available on July 19, 2016.

///

///

CR 15-301
Stip. to Cont. of Sent.; [Proposed] Order

1

DATED: May 13, 2016                                /S/
                                                                ELLEN V. LEONIDA
                                                                Assistant Federal Public Defender
                                                                Counsel for Defendant


DATED: May 13, 2016                                /S/
                                                                LLOYD FARNHAM
                                                                Assistant United States Attorney


## ORDER

IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 19, 2016 at 2:00 p.m., for sentencing.

IT IS SO ORDERED.

DATED:  May 16, 2016.                              _____
                                                                HON. WILLIAM ALSUP
                                                                UNITED STATES DISTRICT JUDGE

CR 15-301
Stip. to Cont. of Sent.; [Proposed] Order

2